July 27th, 2013
Case Number: 1:13-cv-02710

TO:

Mary K. Schulz Esq.
SCHULZ LAW, P.C.
1144 E State Street, Suite A260
Geneva, Il 60134

13cv2710

**FILED**
AUG X 8 2013
8-8-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

## Answer to Summons

I undersigned Mariya Pavlov (the Defendant) deny the allegations of the Complaint on file.
Neither I, nor anyone from my household has ever downloaded ANY of the subject files in the complaint.
None of these files is, nor has ever been on my computer
(Please find included screenshots of my computer with search of the subject files, with no result)

Although, I admit that BitTorrent is installed on my computer, the only purpose to have it there is to be able to download reality TV shows from my native country that are not available in the US and are not copyrighted.(etc.- "Slavi Show", "The Mole", "Gospodari na efira", "VIP Brother")
I have a Netflix account and I watch movies thru Netflix

For the past 2 years, my wi-fi home network was unsecured, with wireless router and wi-fi extender. The reason the home network was unsecured, was because some of our home electronics (smartphone and tablet) could not connect to secured network. It is possible that anyone closer to our house could connect to the internet using my wi-fi connection and therefore my IP address.

Furthermore, on some of the dates, these files were downloaded, my family and I were out of town and no one was even home!
I will hire professional help to investigate my wi-fi network and make it secure
I will seek a professional help from an attorney for defense against these allegations.

Also, Please find attached the requested Exculpatory Evidence Report

*[signature]*

Mariya Pavlov
2012 E Peachtree Ln
Arlington Height, IL 60004

## EXCULPATORY EVIDENCE REQUEST

Subscriber Name: MARIYA PAVLOV

Subscriber Address: 2012 E. PEACHTREE LN. A. HEIGHTS, IL 600

Attorney Name/Contact: TBD

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

A. PAVEL PAVLOV

- ○ Adult Child
- ○ Domestic Partner
- ○ Minor Child
- ○ Roommate
- ✗ Spouse
- ○ Tenant
- ○ Unrelated adult

B. _____

- ○ Adult Child
- ○ Domestic Partner
- ○ Minor Child
- ○ Roommate
- ○ Spouse
- ○ Tenant

NIL75                                    EXHIBIT D

  o  Unrelated adult

C. _____

  o  Adult Child
  o  Domestic Partner
  o  Minor Child
  o  Roommate
  o  Spouse
  o  Tenant
  o  Unrelated adult

D. _____

  o  Adult Child
  o  Domestic Partner
  o  Minor Child
  o  Roommate
  o  Spouse
  o  Tenant
  o  Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

 YES    NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

LINKSYS-WRT310N - SN# CSF01H9273271

SISCO WI-FI Extender - "RE-1000" - SN# 10T10C6C103553

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

 (YES) NO

5. What is the distance from the Defendant's residence to the closest neighbor?

5 Yards.

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

 YES (NO)

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

 (YES) NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

 (YES) NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES (NO)

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES (NO)

_____
Signed

7/27/2013
_____
Date

NIL75                                        EXHIBIT D















No items match your search.

See more results

Shut down

Computer
Recycle Bin
Programs