UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:13-cv-02710 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| MARIYA NIKOLOV, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO COMPEL
DEFENDANT'S DISCOVERY RESPONSES**

Plaintiff, Malibu Media, LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 37, hereby moves for entry of an Order compelling Defendant, Mariya Nikolov ("Defendant"), to respond to Plaintiff's outstanding discovery requests, and in support states:

1. On October 31, 2013, Plaintiff propounded its First Set of Interrogatories and Request for Production, copies of which are attached hereto as Exhibits "A" and "B," respectively.

2. Pursuant to Fed. R. Civ. P. 33 and 34, Defendant had thirty (30) days to respond to the Plaintiff's discovery requests.

3. Fed. R. Civ. P. 37(a)(1) requires a movant to confer in good faith with the person or party failing to make disclosure or discovery. On December 4, 2013 and on December 13, 2013, undersigned notified Defendant, via voice mail message left at 847.830-1823, that Defendant's Responses to Plaintiff's Requests To Produce and Interrogatories were now overdue and that undersigned was seeking Defendant's compliance before filing a motion to compel discovery responses. Undersigned has previously reached the Defendant at the telephone number set forth above. The Defendant has not returned the calls.

4. To date, Defendant has not provided written responses to the discovery, nor has Defendant filed a motion or made any other attempt to seek an extension of time within which to do so.

5. Defendant's failure to timely respond to discovery and submit her disclosures has prejudiced Plaintiff and unduly delayed Plaintiff's ability to prepare for trial.

**WHEREFORE,** Plaintiff, Malibu Media, LLC, respectfully requests entry of an Order:

(A) Granting Plaintiff's Motion to Compel Defendant's Discovery Responses;

(B) Within seven (7) days of the entry of its Order Compelling Defendant to serve upon counsel for Plaintiff substantive responses to its First Set of Interrogatories and Request for Production, dated October 31, 2013;

(C) Finding that Defendant has waived any objection to Plaintiff's discovery requests;

(D) Awarding Plaintiff sanctions pursuant to Rule 37 including:

   a. Plaintiff's reasonable attorney's fees and costs in bringing this motion,

   b. Failure to comply with the Court's Order Compelling substantive discovery responses shall result in the entry of a Default Judgment in Plaintiff's favor, and

   c. Imposing other sanctions the Court deems just and proper;

(E) Ordering such other and further relief as the Court deems just and proper.

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

**GOOD FAITH CERTIFICATION**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 37(a)(1) hereby certifies that on December 4, 2013 and December 13, 2013, undersigned attempted to confer with Defendant, in a good faith effort to resolve the issues raised by this Motion. The calls and voice messages went unanswered and unreturned. To date, undersigned has not received Defendant's responses to Plaintiff's discovery requests.

By: /s/ *Mary K. Schulz*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via U.S. Mail to the following:

Mariya Nikolov
2012 E. Peachtree Ln
Arlington Height, IL 60004

By: /s/ *Mary K. Schulz*