# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.                                       Case No.: 1:13–cv–02710
                                                      Honorable Ronald A. Guzman

John Doe, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

      MINUTE entry before the Honorable Michael T. Mason: Motion hearing held on plaintiff's motion to compel [27]. Defendant fails to appear. Plaintiff's motion to compel [27] is granted. Defendant is ordered to respond to plaintiff's First Set of Interrogatories and Requests for Production by the close of fact discovery on 1/18/14. Status hearing set for 1/23/14 at 9:00 a.m. Defendant shall appear at that status hearing. Plaintiff's counsel shall immediately inform defendant of this order telephonically and by mail. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.